## (January 30, 1980)

■ EILEEN B. WEISS, Respondent, v ILAN WEISS, Appellant.—Order of the Supreme Court, Suffolk County, dated November 26, 1979, affirmed, with $50 costs and disbursements. We do not pass upon any question as to the allocation between the parties of the proceeds of the sale of the premises or with respect to any penalties which may be imposed against either of the parties. Hopkins, J. P., Damiani, Lazer and Weinstein, JJ., concur.